HENDERSON v. GRAND RAPIDS ACCIDENT & HEALTH IN-
SURANCE CO.

LIFE INSURANCE — PREMIUMS — DEFAULT OF PAYMENT — FORFEIT-
URE.

> Failure of insured to make a monthly payment on a life-insur-
> ance policy does not work a forfeiture, where, at the issuing
> of the policy, the agent stated that the company would send
> a collector to the insured's house each month, to whom the
> monthly payment should be made, and the insured had the
> money ready for the collector, who failed to come, and no
> notification was received that payments should or might be
> made elsewhere. *Baker* v. *Protective Ass'n*, 118 Mich. 431,
> followed.

Error to Kent; Wolcott, J. Submitted October 22,
1907. (Docket No. 114.) Decided November 5, 1907.

Assumpsit by Mary E. Henderson against the Grand
Rapids Accident & Health Insurance Company on a pol-
icy of insurance. There was judgment for plaintiff, and
defendant brings error. Affirmed.

*McKnight & McAllister*, for appellant.

*John J. McKenna*, for appellee.

GRANT, J. The facts in *Baker* v. *Protective Ass'n*,
118 Mich. 431, are so similar to those in this case as to
render a statement unnecessary. This case is ruled by
that against the contention of the defendant, and the
judgment is affirmed.

BLAIR, MONTGOMERY, OSTRANDER, and HOOKER, JJ.,
concurred.